DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DANA MARIE BUNCE,

Appellant,

v.

AMANDA JEAN HARPER,

Appellee.

No. 2D20-2885

_____

September 17, 2021

Appeal from the Circuit Court for Pasco County; Linda H. Babb,
Judge.

J. Andrew Crawford of J. Andrew Crawford, P.A., St. Petersburg, for
Appellant.

Lisa A. Westberry of Westberry Law Group, LLC, Tampa, for
Appellee.


PER CURIAM.

        Affirmed.

MORRIS, C.J., and SLEET and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.